MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00073-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURES |
| v. | |
| CALVIN OMARO WHITTAKER, | |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its attorney of record, and defendant CALVIN OMARO WHITTAKER, both individually and by and through his counsel of record, hereby stipulate as follows:

1. The defendant has consulted with his counsel regarding the plea agreement offer extended to him by the government pursuant to the Eastern District of California Fast-Track Immigration Prosecution Program, acceptance of which would require the defendant to waive indictment and consent to proceed via an information.

2. Obtaining an actual signature from the defendant, who is incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of safety measures in place there to combat the COVID-19 public health pandemic.

///

3.   Pursuant to General Order 616, the defendant consents to his defense counsel signing the waiver of indictment form and plea agreement on his behalf using defense counsel's electronic signature.

IT IS SO STIPULATED.

Dated:  May 15, 2020                                      McGREGOR W. SCOTT
                                                                              United States Attorney


                                                                              /s/ SAM STEFANKI
                                                                              SAM STEFANKI
                                                                              Assistant United States Attorney


Dated:  May 15, 2020                                      /s/ MIA CRAGER
                                                                              MIA CRAGER
                                                                              Counsel for Defendant
                                                                              CALVIN OMARO WHITTAKER


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of May, 2020.

                                                                              /s/ John A. Mendez
                                                                              THE HONORABLE JOHN A. MENDEZ
                                                                              UNITED STATES DISTRICT COURT JUDGE